**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Allen Siegfried, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bureau of Indian Affairs and | ) | |
| United States of America, | ) | |
| | ) | Case No. 1:05-cv-055 |
| Defendant. | ) | |

_____

The stay previously imposed by the court is lifted. The parties are directed to prepare and submit an amended scheduling/discovery plan to the court by May 12, 2010. They may e-mail their proposed plan(s) in either "WordPerfect" or "Word" format to ndd_J-Miller@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2006.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge