**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Allen Siegfried, | ) | |
| | ) | **ORDER GRANTING ORAL MOTION** |
| Plaintiff, | ) | **FOR BIFURCATION OF TRIAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bureau of Indian Affairs and United | ) | |
| States of America, | ) | Case No. 1:05-cv-055 |
| | ) | |
| Defendants. | ) | |

_____

At the parties request, the court convened a status conference by telephone with the parties on April 28, 2011. During the conference, plaintiff moved to bifurcate trial on the issues of liability and punitive damages. Defendants did not object.

Accordingly, plaintiff's oral motion to bifurcate trial is **GRANTED**. The trial set for May 9, 2011, shall be rescheduled for May 10, 2011, at 9:00 a.m. in Bismarck before the undersigned. A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2011.

                                                          */s/  Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr.
                                                          United States Magistrate Judge